# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Case No.:19-04434-ESL |
| WANDA EVELYN VAZQUEZ MEJIAS | Chapter 7 |
| Debtor. | |
| _____/ | |

**TRUSTEE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S DISCHARGE UNDER SECTION 727 AND/OR FOR DISMISSAL OR CONVERSION FOR ABUSE UNDER SECTION 707(b)**

**TO THE HONORABLE COURT**:

The TRUSTEE, NOREEN WISCOVITCH RENTAS, moves the Court for an Order extending the time to object to Debtor(s) discharge and/or for dismissal or conversion, on behalf of the Bankruptcy Estate and the United States Trustee Office pursuant to Federal Rules of Bankruptcy Procedure 2002 and 4004 and in compliance with Section 11 U.S.C. 707(b) and §727 of the Bankruptcy Code and, in support, states:

1. The Debtor filed a voluntary Bankruptcy Petition under the Chapter 7 of the Bankruptcy Code on August 4, 2019. The appearing trustee was appointed as such by this Honorable Court on August 5, 2019.

2. The initial 341 meeting of creditor was set for August 29, 2019, at 2:30pm, and has been continued as follows: September 19, 2019, at 1:30pm; October 3, 2019, at 11:30am and October 31, 2019, at 1:30pm. The Trustee is still investigating Debtor's financial affairs.

3. The last day to object to the Debtors discharge is October 28, 2019. The Trustee seeks a 90-day extension of time to object to Debtors' Discharge

1

and, on behalf of the United States Trustee Office, to move for a dismissal or conversion under 707(b); to and including, January 27, 2020.

WHEREFORE, Noreen Wiscovitch-Rentas, Chapter 7 Trustee, respectfully requests the Court to enter an Order extending the time for the Bankruptcy Trustee and the Office of the United States Trustee to object to the Debtor's discharge and/or for the dismissal or conversion under Section 707(b); to and including, January 27, 2020, and for any further relief this Court deems just and proper under the circumstances of this case.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed by U.S. First class mail this 24th day of October 2019, to Debtor WANDA EVELYN VAZQUEZ MEJIAS, at 635 CALLE ASTORET, URB VENUS GARDERNS, SAN JUAN, PR 00926 and to her counsel at her email of record, LYSSETTE A MORALES VIDAL, Esq. at lamoraleslawoffice@gmail.com.

**/s Noreen Wiscovitch-Rentas**
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
E-mail: noreen@nwr-law.com